UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NADINE STUTH, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:12-cv-1317 |
| ) | Judge Trauger |
| v. ) | |
| ) | |
| BRIXMOR WATSON GLEN, LLC, and ) | |
| HEARTHSTONE PROPERTY SERVICES, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the court hereby finds as follows:

- Defendant Hearthstone's Motion for Summary Judgment (Docket No. 33) is **DENIED**.

- Hearthstone's Motion for Judgment as a Matter of Law (Docket No. 40) is **DENIED**.

It is so **ORDERED**.

Enter this 22nd day of July 2014.

_____
ALETA A. TRAUGER
United States District Judge